Stephen D. Weisskopf (State Bar No. 213596)
sweisskopf@weisskopflaw.com
Christopher E. Stiner (State Bar No. 276033)
cstiner@weisskopflaw.com
WEISSKOPF LAW
1800 Century Park East, Suite 600
Los Angeles, California 90067
Telephone: (310) 734-2026
Facsimile: (310) 421-4180

Elon A. Pollack (State Bar No. 96584)
elon@steinshostak.com
Stein Shostak Shostak Pollack & O'Hara, LLP
865 S. Figueroa Street, Suite 1388
Los Angeles, CA 90017
Telephone: (213) 630-8888
Facsimile: (213) 630-8890

Attorneys for Defendant
PINNACLE GROUP, LLC

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# (SOUTHERN DIVISION)

| | |
|---|---|
| HYUNDAI MOTOR AMERICA, INC., a California corporation; HYUNDAI MOTOR COMPANY, a Korean corporation<br><br>Plaintiffs,<br><br>vs.<br><br>PINNACLE GROUP, LLC, a Florida limited liability company, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:14-CV-00576 CJC-JPR<br>Honorable Cormac J. Carney<br><br>**DEFENDANT'S EVIDENTIARY OBJECTIONS TO DECLARATION OF FRANK FERRARA SUBMITTED IN SUPPORT OF PLAINITTFS' MOTION FOR SUMMARY JUDGMENT OF PLAINTIFFS**<br><br>**Date:** October 5, 2016<br>**Time:** 1:30 p.m.<br>**Location:** 411 W. Fourth Street<br>   Santa Ana, CA 92701<br>**Courtroom:** 9B<br>**Discovery Cutoff:** August 23, 2016<br>**Pre-trial Conference:** October 31, 2016<br>**Trial:** November 8, 2016 |

In compliance with C.D. Cal. Local Rule 56-2, Defendant Pinnacle Group, LLC ("Pinnacle") submits the following Statement Of Evidentiary Objections To Evidence Submitted In Support Of Plaintiffs' Motion For Summary Judgment concerning evidence filed by Plaintiffs Hyundai Motor America, Inc., and Hyundai Motor Company (collectively "Plaintiffs").

## PINNACLE'S OBJECTIONS TO EVIDENCE

| EVIDENCE SUBMITTED BY PLAINTIFFS | PINNACLE'S OBJECTION |
|---|---|
| 1. Declaration Of Frank Ferrara at 3:10-19, ¶ 7 (Dkt. No. 137-2). | Lack of Foundation/Personal Knowledge [Fed. R. Evid. 602] Witness testimony concerning contents of writing [Fed. R. Evid. 1002] |
| 2. Declaration Of Frank Ferrara at 3:20-25, ¶ 8 (Dkt. No. 137-2). | Lack of Foundation/Personal Knowledge [Fed. R. Evid. 602] |
| 3. Declaration Of Frank Ferrara at 3:26-4:6, ¶ 9 (Dkt. No. 137-2). | Lack of Foundation/Personal Knowledge [Fed. R. Evid. 602] Hearsay [Fed. R. Evid. 802] Witness testimony concerning contents of writing [Fed. R. Evid. 1002] |
| 4. Declaration Of Frank Ferrara at 4:25-26, ¶ 14 (Dkt. No. 137-2) ("which is one of the most comprehensive warranties in the automobile industry. | Lack of Foundation/Personal Knowledge [Fed. R. Evid. 602] Witness testimony concerning contents of writing [Fed. R. Evid. 1002] |
| 5. Declaration Of Frank Ferrara at 5:3-11, ¶ 15 (Dkt. No. 137-2). | Lack of Foundation/Personal Knowledge [Fed. R. Evid. 602] |

| EVIDENCE SUBMITTED BY PLAINTIFFS | PINNACLE'S OBJECTION |
|---|---|
| | Opinion testimony by lay witnesses not rationally based on witness' perception [Fed. R. Evid. 701] Witness testimony concerning contents of writing [Fed. R. Evid. 1002] |
| 6. Declaration Of Frank Ferrara at 6:23-7:3, ¶ 18 (Dkt. No. 137-2). | Lack of Foundation/Personal Knowledge [Fed. R. Evid. 602] Opinion testimony by lay witnesses not rationally based on witness' perception [Fed. R. Evid. 701] Witness testimony concerning contents of writing [Fed. R. Evid. 1002] |
| 7. Declaration Of Frank Ferrara at 7:8-24, ¶ 20 (Dkt. No. 137-2). | Lack of Foundation/Personal Knowledge/Speculation [Fed. R. Evid. 602] Opinion testimony by lay witnesses not rationally based on witness' perception [Fed. R. Evid. 701] Witness testimony concerning contents of writing [Fed. R. Evid. 1002] |
| 8. Declaration Of Frank Ferrara at 8:3-5, ¶ 22 (Dkt. No. 137-2). | Lack of Foundation/Personal Knowledge [Fed. R. Evid. 602] Opinion testimony by lay witnesses not rationally based on witness' perception [Fed. R. Evid. 701] Witness testimony concerning contents |

| EVIDENCE SUBMITTED BY PLAINTIFFS | PINNACLE'S OBJECTION |
|---|---|
| | of writing [Fed. R. Evid. 1002] |
| 9.  Declaration Of Frank Ferrara at 8:6-8, ¶ 23 (Dkt. No. 137-2). | Lack of Foundation/Personal Knowledge [Fed. R. Evid. 602] Opinion testimony by lay witnesses not rationally based on witness' perception [Fed. R. Evid. 701] Witness testimony concerning contents of writing [Fed. R. Evid. 1002] |
| 10.  Declaration Of Frank Ferrara at 8:14-21, ¶ 25 (Dkt. No. 137-2). | Lack of Foundation/Personal Knowledge [Fed. R. Evid. 602] Opinion testimony by lay witnesses not rationally based on witness' perception [Fed. R. Evid. 701] Witness testimony concerning contents of writing [Fed. R. Evid. 1002] |
| 11.  Declaration Of Frank Ferrara at 8:22-9:5, ¶ 26 (Dkt. No. 137-2). | Lack of Foundation/Personal Knowledge/Speculation [Fed. R. Evid. 602] Opinion testimony by lay witnesses not rationally based on witness' perception [Fed. R. Evid. 701] Improper Expert Testimony [Fed. R. Evid. 702] |
| 12.  Declaration Of Frank Ferrara at 9:6-11, ¶ 27 (Dkt. No. 137-2). | Lack of Foundation/Personal Knowledge [Fed. R. Evid. 602] Opinion testimony by lay witnesses not |

| EVIDENCE SUBMITTED BY PLAINTIFFS | PINNACLE'S OBJECTION |
|---|---|
| | rationally based on witness' perception [Fed. R. Evid. 701]<br><br>Hearsay [Fed. R. Evid. 802]<br><br>Witness testimony concerning contents of writing [Fed. R. Evid. 1002] |
| 13. Declaration Of Frank Ferrara at 9:12-21, ¶ 28 (Dkt. No. 137-2). | Lack of Foundation/Personal Knowledge [Fed. R. Evid. 602]<br><br>Opinion testimony by lay witnesses not rationally based on witness' perception [Fed. R. Evid. 701]<br><br>Improper Expert Testimony [Fed. R. Evid. 702]<br><br>Hearsay [Fed. R. Evid. 802]<br><br>Witness testimony concerning contents of writing [Fed. R. Evid. 1002] |
| 14. Declaration Of Frank Ferrara at 9:22-10:2, ¶ 29 (Dkt. No. 137-2). | Lack of Foundation/Personal Knowledge/Speculation [Fed. R. Evid. 602]<br><br>Opinion testimony by lay witnesses not rationally based on witness' perception [Fed. R. Evid. 701]<br><br>Improper Expert Testimony [Fed. R. Evid. 702]<br><br>Hearsay [Fed. R. Evid. 802]<br><br>Witness testimony concerning contents of writing [Fed. R. Evid. 1002] |

1
2  Dated: September 6, 2016           WEISSKOPF LAW
3
4                                     By:    /s/ Stephen D. Weisskopf
5                                          Stephen D. Weisskopf
                                            Attorneys for Defendant PINNACLE
6                                           GROUP, LLC
7
8
9  4845-6711-7368, v. 1
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28